IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| TERRELL DARRON JORDAN a/k/a TRACY D. HALSELL, | Case No. 1:23-cv-416 |
| Plaintiff, | Judge Matthew W. McFarland<br>Magistrate Judge Karen L. Litkovitz |
| v. | |
| WHITE HOUSE ADMINISTRATION, et al., | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 10)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 10), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, this case is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b). Furthermore, pursuant to 28 U.S.C. § 1915(a), it is hereby certified that any appeal of this Order would not be taken in good faith and that Plaintiff should be denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND